UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN ALEXANDER WALLER,, | ) Case No. CV 12-4707-AJW |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| C. WOFFORD, et al., | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: November 19, 2012

_____
Andrew J. Wistrich
United States Magistrate Judge